No. 27054.

Court of Criminal Appeals of Texas.

June 23, 1954.

## FOWLER v. STATE.

No. 27041.

Court of Criminal Appeals of Texas.

June 16, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for a violation of the liquor law in Lubbock County. The punishment assessed is a fine of $400.

No notice of appeal appears in the record. In the absence thereof this court is without jurisdiction to entertain the appeal. It is therefore dismissed.